# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

_3:17 MC 136_ Docket No.

IN RE: ALL ASSETS RELATED TO )
WALTER CLIFTON MARTIN, WMJ )
ENTERPRISES, AND MICHAEL )
FAULKENBERRY AT FIRST BANK. )

FILED
CHARLOTTE, NC

SEP 2 8 2017

US District Court
Western District of NC

## TEMPORARY RESTRAINING ORDER

This matter having come before this Court on the motion of the United States of America for a temporary restraining order pursuant to 21 U.S.C. § 853(e)(2), which provides courts with jurisdiction to enter restraining orders and take such action in connection with any property or other interest subject to forfeiture to ensure its availability for forfeiture, and pursuant to this Court's inherent power to make orders necessary and proper to the orderly carrying on of litigation brought within the Court's jurisdiction; and

IT APPEARING TO THE COURT THAT:

There is probable cause to believe that all assets related to Walter Clifton Martin, WMJ Enterprises, and Michael Faulkenberry are subject to forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) as property constituting proceeds or facilitating property related to violations of 21 U.S.C. §§ 841 and 846, and

That providing prior notice of the Government's request for a temporary restraining order would jeopardize the availability of the property for forfeiture,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 21 U.S.C. § 853(e)(2) THAT:

1. First Bank and all agents, associates, employees or others acting on behalf, be and are hereby ENJOINED AND RESTRAINED from selling, transferring, assigning, pledging,

distributing, giving away, encumbering, or otherwise participating in the disposal of or removal from the jurisdiction of this Court of the property described below, without prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard, except as specified in this Order. The property to which this Order is pertinent is described as: any and all assets related to Walter Clifton Martin, WMJ Enterprises and Michael Faulkenberry.

2. Further, any and all individuals and entities are ENJOINED AND RESTRAINED from disposing of any assets or making any withdrawals or transfers of any assets held in the name of, by, on behalf of, or for the benefit of Walter Clifton Martin, WMJ Enterprises, and Michael Faulkenberry.

3. Any financial institution that is served with a copy of this Order shall inform the Government agents who serve certified copies of this Order of the account name and balance in affected accounts on the date of service. The respective financial institutions are further DIRECTED to continue to receive and credit monies to any and all affected accounts.

4. The United States is authorized and directed to serve a copy of this Order on the persons and entities named in this Order, their counsel, and any other entity or individual the Government believes may be in control or possession of the property to be restrained.

5. This Order will expire 14 days after the date on which it is entered unless A) it is extended further by further order of this Court for good cause shown; or B) the party whose property is restrained consents to an extension for a longer period. The Government seeks restraint that prevents any and all individuals and entities from disposing of any assets or making any withdrawals or transfers of any assets held in the

name of, by, on behalf of, or for the benefit of Walter Clifton Martin, WMJ Enterprises, and Michael Faulkenberry.

Ordered this 28th Day of September, 2017.

_____
Hon. David C. Keesler
UNITED STATES MAGISTRATE JUDGE