IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: REAL PROPERTY LOCATED AT ) <br> ) <br> 21 W. POLK STREET, POLKTON, NORTH ) <br> CAROLINA, MORE PARTICULARLY ) <br> DESCRIBED IN A DEED RECORDED AT ) <br> DEED BOOK 1041, PAGES 200-213 IN THE ) <br> ANSON COUNTY REGISTER OF DEEDS ) <br> ) <br> 15 WEST POLK STREET, POLKTON, NORTH ) <br> CAROLINA, MORE PARTICULARLY ) <br> DESCRIBED IN A DEED RECORDED AT ) <br> DEED BOOK 1041, PAGES 200-213 IN THE ) <br> ANSON COUNTY REGISTER OF DEEDS ) <br> ) <br> 366 TARPIN TOWN ROAD, POLKTON, NORTH ) <br> CAROLINA, MORE PARTICULARLY ) <br> DESCRIBED IN A DEED RECORDED AT ) <br> DEED BOOK 1041, PAGES 200-213 IN THE ) <br> ANSON COUNTY REGISTER OF DEEDS ) <br> ) <br> _____ ) <br> FILE IN GRANTOR INDEX UNDER: ) <br> W. CLIFF MARTIN, JR. ) | CASE NO.: 3:17mc136 <br><br> ORDER AND LIS PENDENS <br><br><br><br><br> FILED <br> CHARLOTTE, NC <br><br> SEP 28 2017 <br><br> US District Court <br> Western District of NC |

WHEREAS, the United States of America, by and through Special Agent Eric Pelletier of the Federal Bureau of Investigation, has presented an affidavit to the Court alleging that the above-captioned property constitutes or is derived from proceeds and/or facilitating property traceable to violations of 21 U.S.C. §§ 841 and 846;

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property constitutes or is derived from proceeds and/or facilitating property traceable to violations of 21 U.S.C. §§ 841 and 846;

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 21 U.S.C. §§ 853(a)(1) and/or (a)(2) and 21 U.S.C. § 881(a)(7), and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil in rem action before this Court, and any person who has a question as to this action should contact:

United States Attorney
for the Western District of North Carolina
Attn: Tiffany Mallory Moore
227 West Trade Street, Suite 1650
Charlotte, NC  28202
(704) 344-6222

This the 28th day of September, 2017

_____
UNITED STATES MAGISTRATE JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**